UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

| | |
|---|---|
| CHRISTOPHER WILLIAM HARRIS,<br><br>              Plaintiff,<br>  v.<br><br>AMERICAN BEHAVIORAL HEALTH SYSTEMS, et al.,<br><br>              Defendants. | Case No. 2:23-cv-02006-MJP-TLF<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record, and noted the lack of objections to the report and recommendation, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's federal claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A.

(3) The Court declines to exercise supplemental jurisdiction over plaintiff's state law claims and those claims are dismissed without prejudice.

(4) Plaintiff's motion to proceed *in forma pauperis* (IFP) (Dkt. 4) is DENIED as moot.

(5) The Clerk shall provide a copy of this order to plaintiff and to Judge Fricke.(6)

Dated this 4th day of June, 2024.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1